**Ann C. BASCOM, Petitioner,**

v.

**DEPARTMENT OF THE NAVY, Respondent.**

No. 05–3344.

United States Court of Appeals, Federal Circuit.

Nov. 9, 2005.

*ORDER*

On September 29, 2005 the court ordered Ann C. Bascom ("Bascom") to "notify the court that she had dismissed her petition for review before the Board within 30 days ...". Bascom was also required to submit the filing fee and her completed Rule 15(c) statement. Bascom has not responded to that order.

Upon consideration thereof,